Anthony G. **WRIGHT**, Plaintiff— Appellant,

v.

Helen F. **FAHEY**, Chairwoman, Virginia Parole Board; Gene M. Johnson, Director, Virginia Department of Corrections, Defendants—Appellees.

No. 05–7192.

United States Court of Appeals, Fourth Circuit.

Submitted Nov. 22, 2005.

Decided Dec. 7, 2005.

Anthony G. Wright, Appellant Pro Se. Richard Carson Vorhis, Office of the Attorney General of Virginia, Richmond, Virginia, for Appellees.

Before MOTZ, TRAXLER, and GREGORY, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Anthony G. Wright appeals the district court's order denying relief on his 42 U.S.C. § 1983 (2000) complaint. We have reviewed the record and find no reversible error. Accordingly, we affirm on the reasoning of the district court. *See Wright v. Fahey,* No. CA–05–81–1 (E.D.Va. July 6, 2005). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED*